# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ORBRA JACKSON, | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:09-cv-00484-IPJ-HGD |
| WARDEN HETZEL and THE ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents | ) |

## **O R D E R**

On November 6, 2009, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by the petitioner or the respondent.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in this action be and the same hereby is DENIED.

DONE this 21st day of December, 2009.

                                        INGE PRYTZ JOHNSON
                                      U.S. DISTRICT JUDGE